Voucher manifest below. Please save the following pages for your records.    Check No. 1198819
Pay to: CLERK  CLERK U.S. BANKRUPTCY COURT
***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 15-00717-JJT | 999-0 | JOHN D. OKULA<br>Original Check written to:<br>JOHN D. OKULA<br>129 S. COLLEGE ST.<br>HENDERSON, NC 27536-4652 | | 0.00 | 80.85 | 0.00 | 80.85 |
| 15-00840-JJT | 009-0 | ANTHONY ALLEN SMITH<br>Original Check written to:<br>NATIONAL PENN BANK<br>645 HAMILTON STREET<br>SUITE 700<br>ALLENTOWN, PA 18101- | 3121 | 0.00 | 126.74 | 0.00 | 126.74 |
| 15-02286-HWV | 005-0 | RICK L. DRAWBAUGH<br>Original Check written to:<br>DARBY E SHUE<br>310 CANARY CIRCLE<br>YORK, PA 17404- | | 0.00 | 11.60 | 0.00 | 11.60 |
| 15-02286-HWV | 005-1 | RICK L. DRAWBAUGH<br>Original Check written to:<br>DARBY E SHUE<br>310 CANARY CIRCLE<br>YORK, PA 17404- | | 14,842.33 | 7.67 | 0.00 | 7.67 |
| 15-03681-HWV | 016-0 | BILLY J WARD<br>Original Check written to:<br>TIMOTHY COLGAN, ESQUIRE<br>COLGAN AND ASSOCIATES, LLC<br>611 GETTYSBURG PIKE. SUITE 201<br>MECHANICSBURG, PA 17055- | | 26,983.65 | 26.52 | 0.00 | 26.52 |
| 16-00747-JJT | 999-0 | JOHN A. HOWELLS<br>Original Check written to:<br>JOHN A. HOWELLS and BETH ANN HOWELLS<br>1447 DICKSON AVE.<br>SCRANTON, PA 18509 | | 0.00 | 12.99 | 0.00 | 12.99 |