```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 15-02286-HWV
Rick L. Drawbaugh                                             Chapter 13
Kay L. Drawbaugh
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: CGambini            Page 1 of 1            Date Rcvd: May 13, 2019
                              Form ID: fnldec           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2019.
db/jdb          +Rick L. Drawbaugh,    Kay L. Drawbaugh,    620 Steinhour Road,    York Haven, PA 17370-9149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2019 at the address(es) listed below:
     Brent  Diefenderfer    on behalf of Creditor Darby E Shue bdiefenderfer@cgalaw.com,
      tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com;r48835@notify.bestcase.com
     Brian Michael Kile    on behalf of Creditor   S&T Bank s/b/m/t Integrity Bank
      bkile@grenenbirsic.com,   mcupec@grenenbirsic.com
     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
     Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Paul Donald Murphy-Ahles    on behalf of Debtor 2 Kay L. Drawbaugh pmurphy@dplglaw.com,
      kgreene@dplglaw.com
     Paul Donald Murphy-Ahles    on behalf of Debtor 1 Rick L. Drawbaugh pmurphy@dplglaw.com,
      kgreene@dplglaw.com
     Thomas I Puleo    on behalf of Creditor   PNC Bank, National Association tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Rick L. Drawbaugh,<br>aka Rickey L Drawbaugh,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:15−bk−02286−HWV |
| Kay L. Drawbaugh,<br>**Debtor 2** | |

Social Security No.:
    xxx−xx−3849    xxx−xx−9616

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 13, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)